**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ZION LUTHERAN CHURCH** | **CIVIL ACTION NO.: 2:23-cv-01674** |
| **v.** | **JUDGE:**<br>**HON. JAY C. ZAINEY** |
| **VELOCITY CLAIMS, INC., INDEPENDENT SPECIALTY INSURANCE COMPANY, LUKE BOWMAN, UNDISPUTED CONSULTING, LLC, JEREMY FIELDER, J. S. HELD, LLC, et al.** | **MAGISTRATE JUDGE:**<br>**HON. JANIS VAN MEERVELD** |

---

**MOTION of DEFENDANTS JEROMY FIELDER and J. S. HELD, LLC, for EXTENSION OF TIME to RESPOND to PLAINTIFF'S ORIGINAL and FIRST SUPPLEMENTAL AND AMENDING PETITIONS**

---

Defendants Jeromy (misspelled "Jeremy" in plaintiff's pleadings) Fielder and J. S. Held, LLC, pursuant to Local Rule 7.8, respectfully move the Court to grant a 21-day extension of time within which they may respond to Plaintiff's Original and First Supplemental and Amending Petitions, i.e., through and including June 13, 2023. Reasons for this Motion follow:

1. This matter was removed to this Honorable Court on May 18, 2023, by another defendant, Independent Specialty Insurance Company. Movers consent to this removal.

2. Under FRCP 81(c)(2)(c), Movers' responsive pleadings would be due on May 25, 2023, only seven days after the removal and two days after the filing of this Motion.
3. Movers require additional time to prepare appropriate responsive pleadings.
4. Movers have not previously had or requested an extension of time within which to file responsive pleadings.
5. Plaintiff has not filed herein any objection to an extension of time that might be requested by any defendant.
6. Movers reserve all rights and defenses and appear now solely for the purpose of this request for an extension of time within which to file responsive pleadings.

**WHEREFORE**, defendants, Jeromy Fielder and J. S. Held, LLC, pray that this Motion be granted and that the time within which Movers may file responsive pleadings be extended to and include June 13, 2023.

Respectfully submitted this 23rd day of May, 2023:

*/s/ Charles E. Leche*

F. Theodore Le Clercq (#23517)
Charles E. Leche (#08218)
DEUTSCH KERRIGAN, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Direct: 504 593 0790
Main: 504 581 5141
E-mail: cleche@deutschkerrigan.com
Counsel for Defendants Jeromy Fielder and J. S. Held, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has been filed with the Clerk of Court by means of the ECF system, which will send a notice of the filing to all counsel of record.

Respectfully submitted this 23rd day of May, 2023.

*/s/ Charles E. Leche*

Charles E. Leche