**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ZION LUTHERAN CHURCH** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 23-1674** |
| **VELOCITY CLAIMS, INC., et al.** | **SECTION: "G"(1)** |

**ORDER**

Considering Defendants Jeromy Fielder and J. S. Held, LLC's ("Defendants") Motion for Extension of Time to File Responsive Pleadings,[1] and because Defendants have not previously requested an extension of time and the motion is unopposed, in accordance with Local Rule 7.8,

**IT IS ORDERED** that the motion is **GRANTED**. Defendants Jeromy Fielder and J. S. Held, LLC are granted an additional twenty-one days to file responsive pleadings to the complaint filed by Plaintiff.

**NEW ORLEANS, LOUISIANA**, this 30th day of May, 2023.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

[1] Rec. Doc. 7.