**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ZION LUTHERAN CHURCH**<br><br>**v.**<br><br>**VELOCITY CLAIMS, INC., INDEPENDENT SPECIALTY INSURANCE COMPANY, LUKE BOWMAN, UNDISPUTED CONSULTING, LLC, JEREMY FIELDER, J. S. HELD, LLC, et al.** | **CIVIL ACTION NO.: 2:23-cv-01674-NJB-JVM**<br><br>**SECTION "G", DIVISION "1"**<br><br>**JUDGE: HON. NANNETTE JOLIVETTE BROWN**<br><br>**MAGISTRATE JUDGE: HON. JANIS VAN MEERVELD** |

---

**RULE 12(b)(6) MOTION to DISMISS**
**by DEFENDANTS JEROMY FIELDER and J. S. HELD, LLC,**

---

Defendants Jeromy (misspelled "Jeremy" in plaintiff's pleadings) Fielder and J. S. Held, LLC (collectively, "Movers"), with full reservation of all rights and defenses, respectfully move the Court, pursuant to Rule 12(b)(6), F.R.C.P., to dismiss plaintiff's claims against Movers for failure to state a claim upon which relief can be granted. Reasons for this Motion are set forth in the accompanying Memorandum.

**WHEREFORE**, defendants, Jeromy Fielder and J. S. Held, LLC, pray that this Motion be granted and that all of plaintiff's claims against them be dismissed, with prejudice, and at plaintiff's cost.

Respectfully submitted this 2nd day of June, 2023:

*/s/ Charles E. Leche*

F. Theodore Le Clercq (#23517)
Charles E. Leche (#08218)
DEUTSCH KERRIGAN, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Direct: 504 593 0790
Main: 504 581 5141
E-mail: cleche@deutschkerrigan.com
Counsel for Defendants Jeromy Fielder and J. S. Held, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing document has been filed with the Clerk of Court by means of the ECF system, which will send a notice of the filing to all counsel of record.

Respectfully submitted this 2nd day of June, 2023.

*/s/ Charles E. Leche*

Charles E. Leche