**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ZION LUTHERAN CHURCH** | * | **CIVIL NO. 23-1674** |
| | * | |
| | * | |
| **VERSUS** | * | **SECTION: "P"** |
| | * | |
| | * | **MAGISTRATE: 1** |
| **VELOCITY CLAIMS, LLC, ET AL** | * | |
| | * | |
| | * | |

*************************************************************************************

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(a)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Plaintiff herein, Zion Lutheran Church, hereby gives notice that they voluntarily dismisses all claims for damages against the Defendants: Velocity Claims, LLC; Luke Bowman; Undisputed Consulting, LLC; Jeromy Fielder; J.S. Held, LLC, ABC Insurance Company, DEF Insurance Company, JKL Insurance Company, QRS Insurance Company, and XYZ Insurance Company. The aforementioned Defendants have not filed an Answer nor a Motion for Summary Judgment in this matter. And, therefore, Plaintiff herein, Zion Lutheran Church,. notices voluntarily dismissal of these Defendants in this matter, without prejudice,

Respectfully submitted,

s/Richard J. Richthofen, Jr.
Richard J. Richthofen, Jr. (#29663)
RICHTHOFEN & ASSOCIATES, L.L.C.
3900 Canal Street
New Orleans, LA 70119
Telephone: (504) 899-7949
Facsimile: (504) 899-2518
E-mail: rick@rjrlawfirm.com

George R. Ketry, Jr. (#36976)
KETRY LAW FIRM, LLC
523 Georgia Avenue

Bogalusa, Louisiana 70427
Telephone: (504) 648-7777
Facsimile: (504) 814-0990
Email: george@ketrylaw.com
Attorney's for Plaintiff
Zion Lutheran Church

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

s/Richard J. Richthofen, Jr.
RICHARD J. RICHTHOFEN, JR.