UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZION LUTHERAN CHURCH** | **CIVIL ACTION NO: 23-CV-1674** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **VELOCITY CLAIMS, LLC, ET AL.** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

### ORDER AND REASONS

Before the Court is a Motion to Compel Arbitration and to Stay, or Alternatively to Dismiss the Proceedings filed by Defendant Independent Specialty Insurance Company ("Independent"). R. Doc. 18. Independent's motion was filed on June 15, 2023, and submitted to the Court on August 23, 2023. *Id.* Local Rule 7.5 of the Eastern District of Louisiana requires memoranda in opposition to motions to be filed no later than eight days before the noticed submission date. Plaintiff Zion Lutheran Church ("Zion") did not file a memorandum in opposition to Independent's motion. Accordingly, because the motion is unopposed, and further, it appearing to the Court the motion has merit,[1]

**IT IS ORDERED** Defendant's Motion to Compel Arbitration and to Stay or, Alternatively, Dismiss the Proceedings (Record Document 18) is **GRANTED**. This matter is **STAYED** until a final resolution of the arbitration proceedings has been rendered, and the Court, upon written motions of the parties, finds it appropriate to vacate the stay.

New Orleans, Louisiana, this 18th day of December 2023.

---

[1] The claims at issue in this matter are encompassed by the parties' arbitration agreement which broadly provides "[a]ll matters in dispute between [the parties] in relation to this Insurance . . . shall be referred to an Arbitration Tribunal." R. Doc. 18-1 at 2. Moreover, Zion does not offer, nor is the Court aware, of anything that would disallow arbitration in this case. *See, e.g., 711 Tchoupitoulas Condo. Ass'n, Inc. v. Indep. Spec. Ins. Co.*, 22-CV-276 (E.D. La.), R. Doc. 49.

_____
**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**